FILED
CLERK, U.S. DISTRICT COURT

11/8/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____EC_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR  2:22-cr-00524-JVS |
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 371: Conspiracy; 18 U.S.C. § 1708: Mail Theft and Possession of Stolen Mail; 18 U.S.C. § 1704: Unlawful Possession of a Counterfeit Postal Key] |
| YASMINE KANBOUR and CHRIS HUYNH, | |
| Defendants. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 371]

[ALL DEFENDANTS]

A.    OBJECTS OF THE CONSPIRACY

Beginning on an unknown date and continuing to on or about July 19, 2022, in Los Angeles County, within the Central District of California, and elsewhere, defendants YASMINE KANBOUR and CHRIS HUYNH knowingly conspired to commit offenses against the United States, namely, mail theft, in violation of Title 18, United States Code, Section 1708, and possession of stolen mail, in violation of Title 18, United States Code, Section 1704.

B.    THE MANNER AND MEANS OF THE CONSPIRACY

       The objects of the conspiracy were to be carried out, and were carried out, in substance, as follows:

       1.    Defendants KANBOUR and HUYNH would enter a residential complex together for the purpose of stealing mail.

       2.    Defendant KANBOUR would steal mail from mailboxes while defendant HUYNH acted as a lookout.

C.    OVERT ACTS

       On or about the following dates, in furtherance of the conspiracy and to accomplish the objects of the conspiracy, defendants KANBOUR and HUYNH committed various overt acts within the Central District of California, and elsewhere, including, but not limited to, the following:

       Overt Act No. 1:    On or about July 18, 2022, defendants KANBOUR and HUYNH entered a residential complex in Torrance, California, through the garage as a car left the garage.

       Overt Act No. 2:    On or about July 18, 2022, defendant KANBOUR opened mailbox panels and stole mail from the residential complex.

       Overt Act No. 3:    On or about July 18, 2022, defendant HUYNH acted as a lookout for law enforcement.

       Overt Act No. 4:    On or about July 19, 2022, defendant HUYNH picked a lock to the pedestrian gate to allow defendants KANBOUR and HUYNH into the residential complex in Torrance, California.

       Overt Act No. 5:    On or about July 19, 2022, defendant HUYNH acted as a lookout for law enforcement.

       Overt Act No. 6:    On or about July 19, 2022, defendants KANBOUR and HUYNH possessed a counterfeit arrow key and 47 pieces of mail that did not belong to defendants KANBOUR or HUYNH.

COUNT TWO

[18 U.S.C. §§ 1708, 2(a)]

[ALL DEFENDANTS]

On or about July 18, 2022, in Los Angeles County, within the Central District of California, defendants YASMINE KANBOUR and CHRIS HUYNH, each aiding and abetting the other, stole, took, and abstracted mail and mail matter from and out of a letter box, mail receptacle, mail route, and authorized depository for mail matter, namely, mailbox panels located in the lobby of a residential complex in Torrance, California, with the intent to deprive the owners of the mail and mail matter, temporarily and permanently, of its use and benefit.

COUNT THREE

[18 U.S.C. §§ 1708, 2(a)]

[ALL DEFENDANTS]

On or about July 19, 2022, in Los Angeles County, within the Central District of California, defendants YASMINE KANBOUR and CHRIS HUYNH, each aiding and abetting the other, unlawfully possessed mail and mail matter that had been stolen and taken from the United States mail, namely, approximately 47 pieces of mail and mail matter addressed to various individuals within Los Angeles County and elsewhere, and at that time and place, defendants KANBOUR and HUYNH knew that said mail and mail matter were stolen.

4

COUNT FOUR

[18 U.S.C. §§ 1704, 2(a)]

[ALL DEFENDANTS]

On or about July 19, 2022, in Los Angeles County, within the Central District of California, defendants YASMINE KANBOUR and CHRIS HUYNH, each aiding and abetting the other, knowingly possessed with the intent to unlawfully and improperly use, and to cause the same to be unlawfully and improperly used, a key suited to locks adopted and in use at the time by the United States Post Office Department and Postal Service, and to any authorized receptacle for the deposit and delivery of mail matter, namely, a counterfeit Postal Service "arrow" key.

A TRUE BILL

_____/S/_____
Foreperson

E. MARTIN ESTRADA
United States Attorney

*Christina Shay for SMG*

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

DAVID T. RYAN
Assistant United States Attorney
Deputy Chief, General Crimes
Section

KELLYE NG-MCCULLOUGH
Assistant United States Attorney
General Crimes Section